DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PABLO DE LA PAZ-MEDRANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-00430 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| PABLO DE LA PAZ-MEDRANA, | Date:   January 25, 2010 |
| | Time:  9:00 a.m. |
| Defendant. | Dept : Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled

for January 11, 2010, **may be continued to January 25, 2010 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time to obtain

additional reports, and time for the parties to review the reports and utilize them to assist in further plea

negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for further defense

3    preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

4                                                              BENJAMIN B. WAGNER
                                                             United States Attorney
5

6    DATED: December 21, 2009                  /s/ Susan Phan
                                                             SUSAN PHAN
7                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff
8

9

10                                                           DANIEL J. BRODERICK
                                                             Federal Defender
11

12   DATED: December 21, 2009                  /s/  Rachel W. Hill
                                                             RACHEL W. HILL
13                                                           Assistant Federal Defender
                                                             Attorney for Defendant
14                                                           PABLO DE LA PAZ-MEDRANA

15

16                                    **O R D E R**

17       **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

18   §§3161(h)(7)(A) and (B).

19

20   IT IS SO ORDERED.

21   **Dated:    December 21, 2009**              **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28